**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CU-1189

Glenda Hano

- - Versus - -

Lionel Bellazer

21st Judicial District Court
Case #: 20210000709
Tangipahoa Parish

On Application for Rehearing filed on 01/24/2023 By Glenda Hano

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz                by CHH

_____
Chris Hester

Date **FEB 0 2 2023**

_____
Rodd Naquin, Clerk